JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| KERRY L. ROSELL, JR., | ) | No. CV 14-8669-DDP (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| K. HOLLAND, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 9, 2016

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE